**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

BILLY CLIFTON STEWART

    VS                                                    CASE NO. 5:10cv28-RS/MD

MELINDA MIGUEL, et al.

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on February 11, 2010
Type of Motion/Pleading: MOTION TO ACCEPT MEMORANDUM OF LAW EXPLAINING THE SITUATION FACED CURRENTLY BY THE PLAINTIFF
Filed by: PLAINTIFF on 2/8/10 Document 2
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                                 on           Doc.#
                                                 on           Doc.#
                                                 WILLIAM M. McCOOL, CLERK OF COURT

                                               /s/Donna Bajzik
                                               Deputy Clerk: Donna Bajzik

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 19th day of February, 2010, that:

(a)    The requested relief is DENIED.

(b)    The court will not consider, in this case, a request for "re-hearing" in Case Number 5:01cv5. Furthermore, the deadline for filing a motion for re-hearing in that case has expired.

                                                 /s/ *Miles Davis*
                                               MILES DAVIS
                                               UNITED STATES MAGISTRATE JUDGE