# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

BILLY CLIFTON STEWART

     VS                                CASE NO.  5:10cv28-RS/MD

FLORIDA DEPARTMENT OF EDUCATION
& VOC REHAB DIVISION, et al.

### REFERRAL AND ORDER

Referred to Magistrate Judge Davis on   February 18, 2010

Type of Motion/Pleading: MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS and MOTION TO ACCEPT 5 DVDS, 2 PICTURS [SIC] AND 1 VCR TAPE AS EXHIBITS

Filed by: PLAINTIFF        on 2/11/10     Document  4

( )  Stipulated/Consented/Joint Pleading

RESPONSES:

_____ on _____ Doc.# _____

_____ on _____ Doc.# _____

                            WILLIAM M. McCOOL, CLERK OF COURT

                            */s/Donna Bajzik*

                            Deputy Clerk: Donna Bajzik

### ORDER

Upon consideration of the foregoing, it is ORDERED this 19th day of February, 2010, that:

(a)  The requested relief is DENIED without prejudice.

(b)  Plaintiff should submit his motion to proceed *in forma pauperis* on the court form.  Any other requests for relief should be made by separate motion.  Plaintiff should not submit non-documentary evidentiary materials at this time; therefore, the clerk shall return to him the 4 DVDs, 1 photograph and 1 VCR tape he submitted.

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE